IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bradford, Alvin C | Case Number: 07 B 19463 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/16/08 | Filed: 10/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 3, 2008
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,505.00 |  |
| Secured: |  | 7,507.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,344.00 |
| Trustee Fee: |  | 653.30 |
| Other Funds: |  | 0.00 |
| Totals: | 10,505.00 | 10,505.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 2,344.00 | 2,344.00 |
| 2. | Loan Servicing Group | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 9,452.20 | 5,600.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 11,761.97 | 1,141.79 |
| 6. | Loan Servicing Group | Secured | 7,889.82 | 765.91 |
| 7. | Custom Collection | Unsecured | 199.21 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 654.77 | 0.00 |
| 9. | Cda/Pontiac | Unsecured | 2,884.07 | 0.00 |
| 10. | Community Hospital | Unsecured | 496.52 | 0.00 |
| 11. | Protection One | Unsecured | 190.29 | 0.00 |
| 12. | HUD | Secured | | No Claim Filed |
| 13. | Discover Financial Services | Secured | | No Claim Filed |
| 14. | CB USA | Unsecured | | No Claim Filed |
| 15. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | ICS | Unsecured | | No Claim Filed |
| 18. | Walmart | Unsecured | | No Claim Filed |
| 19. | Thomas J Meyering DDS | Unsecured | | No Claim Filed |
| | | | $ 35,872.85 | $ 9,851.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bradford, Alvin C

Printed: 12/16/08

Case Number:  07 B 19463
Judge:  Hollis, Pamela S
Filed:  10/20/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 153.85 |
| 6.5% | 380.65 |
| 6.6% | 118.80 |
|  | $ 653.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

